**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-6425**

————————

JOSEPH HARRIS FRYE,

Plaintiff - Appellant,

versus

SAMUEL V. PRUETT, James River C.C. Warden;
A. EVANS, James River C.C. Circ.; JOHN DOE,
D.O.C. Employee; G. K. WASHINGTON; MAJOR
EDWARDS; SERGEANT GRIER; AARON EVANS; R. L.
THURSTON, Lt.; INSPECTOR BARRETT,

Defendants - Appellees,

and

RONALD ANGELONE, D.O.C. Director; JOHN
METZGER, Former Parole Board Chairman,

Defendants.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-96-719-2)

————————

Submitted: June 12, 1997          Decided: June 18, 1997

————————

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

_____

Joseph Harris Frye, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal. Because Appellant did not establish that disputed information in his case file was false, he failed to state a claim. See Paine v. Baker, 595 F.2d 197 (4th Cir. 1979). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2